In the Matter of ALEXANDER MURRAY et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, against JOSEPH A. McNAMARA et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

Submitted January 7, 1952; decided January 17, 1952.

Motion for an order permitting twenty-one persons to intervene herein as interveners-respondents and for reargument of the appeal denied, with $10 costs and necessary printing disbursements. [See 303 N. Y. 140.]